ACCEPTED
12-14-00314-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 4:52:05 PM
Pam Estes
CLERK

NO. 12-14-00314-CR; 12-14-00315-CR;
12-14-00317-CR;

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/13/2015 4:52:05 PM

PAM ESTES
Clerk

IN THE

TWELFTH COURT OF APPEALS

AT TYLER, TEXAS

**DANIEL WAYNE MCLEMORE.**
**Appellant,**

**VS.**

**THE STATE OF TEXAS,**
**Appellee.**

APPEAL FROM THE

402ND DISTRICT COURT OF WOOD COUNTY, TEXAS

**MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, WM. BRANDON BAADE, Attorney for Defendant, Daniel Wayne McLemore, and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

PAGE 1

Good cause exists for withdrawal of Movant as counsel because Movant has filed an Anders Brief in the above referenced cases. Counsel has reviewed the record and has concluded that, in his professional opinion, the record contains no reversible error or jurisdictional defects.

II.

There are no current settings and or deadlines in this case.

This Motion is not sought for the purposes of delay.

III.

A copy of this motion together with a letter advising Appellant, Daniel Wayne McLemore, of his right to obtain a copy of the record from counsel to file a pro se brief if she so desires. **Additionally, by this Motion appointed counsel advises the Appellant, Daniel Wayne McLemore, that he has the right to obtain a copy of the record from counsel at the address and/or phone number listed below and to file a brief with the Court of Appeals in this case.** Further, a copy of the letter mailed to Daniel Wayne McLemore, is attached as Exhibit "A" to this motion which informs him of his right to review the record in his case and to file a pro se brief. Exhibit "A" has been delivered to the last known addresses of Defendant Daniel Wayne McLemore by Certified Mail Return Receipt Request and by Regular Mail, proper postage affixed to:

Daniel Wayne McLemore
TDCJ #01965778
Dolph Briscoe Unit
1459 W. Hwy. 85
Dilley, Texas 78017

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enters an order discharging Movant as court appointed attorney of record for Appellant, Daniel Wayne McLemore, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Wm. Brandon Baade
State Bar No. 00793189
522 N. Broadway
Tyler, TX 75702
903.763.3600

ATTORNEY FOR APPELLANT,
DANIEL WAYNE MCLEMORE

## CERTIFICATE OF SERVICE

This is to certify that on November 13, 2015, a true and correct copy of the above and foregoing document was served on all interested parties and counsel, in accordance with the Texas Rules of Appellate Procedure.

Wm. Brandon Baade

## WM. BRANDON BAA[DE]
### Attorney and Counselor at [Law]

522 N. Broadway
Tyler, Texas 75702
903.526.5867 Tyler
903.763.3600 Quitman
888-965-9551 (fax)
brandonbaadelaw@gmail.com

November 13, 2015

**CMRRR:** 7015 0640 0003 5729 5824
**AND REGULAR MAIL**

Daniel Wayne McLemore
TDCJ #01965778
Dolph Briscoe Unit
1459 W. Hwy. 85
Dilley, Texas 78017

Re:     *Daniel Wayne McLemore v. State of Texas*
        Case No. 12-14-00314-CR; 12-14-00315-CR; 12-14-00317-CR
        12th Court of Appeals, State of Texas

Dear Mr. McLemore:

Enclosed is a Anders Brief and a Motion to Withdraw as appointed counsel I have filed in your case.. As stated, I have filed an Anders Brief in your case. An Anders Brief informs the 12th Court of Appeals in Tyler, Texas, that I reviewed the record and have concluded that, in my professional opinion, the record contains no reversible error or jurisdictional defects. As a result I am required to file a Motion to Withdraw as your appointed counsel.

**You have the right to examine the record in your case. You may do this by contacting me at the numbers or email listed above. You also have the right to file a pro se brief with the 12th Court of Appeals in Tyler, Texas.** If you desire to pursue filing a brief on your own, then please contact me immediately.

If you have any questions, or would like further explanation regarding this letter, please let me know.

Thank you for your attention to this matter.

Respectfully,

Wm. Brandon Baade

c:    file

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

DILLEY, TX 78017

| Certified Mail Fee | $3.45 |
|---|---|
| $ | $2.80 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

| Postage | $1.64 |
|---|---|

Total Postage and Fees $7.89

Sent To Daniel Wayne McLemore
Street and Apt. No., or PO Box No. 1459 W. Hwy 85, Dolph Briscoe Unit
City, State, ZIP+4® Dilley, TX 78017

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instruction

0712
07
Postmark Here
NOV 7 2015
11/13/2015

7015 0640 0003 5729 5824